IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LUCIUS B. SMITH,

      Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3182

Opinion filed April 6, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Lucius B. Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kathleen C. Hagan, Assistant Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.